# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157328

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

WHITNEY SCHUSTER,
        Plaintiff-Appellee,

v

SC:  157328
COA:  335246
Kent CC:  14-005418-NO

RIVER OAKS GARDEN APARTMENTS, LLC,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 30, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2019



Clerk

s0605